IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
18 SEP 19 AM 11:43

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18mj-638 |
| v. | : | |
| SEALED DOCUMENTS | : | ORDER SEALING CRIMINAL COMPLAINT, AFFIDAVIT, ARREST WARRANT AND THE RETURN |

--------------------

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Affidavit, Arrest Warrant and the Return in the above captioned case be sealed and kept from public inspection until otherwise ordered by this Court.

_____
SHARON L. OVINGTON
U.S. Magistrate Judge